**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1606**

ALEXANDER PASTENE,

             Plaintiff - Appellant,

        v.

N. L. SPROUSE, SC Trooper; BC MAGISTRATE NANCY D. SADLER; BC
SHERIFF DEPUTY NFN MICHAUD; BC SHERIFF DEPUTY NFN COOLER; BC
SHERIFF DEPUTY NFN CREGAN; JONATHAN BROWN,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Patrick Michael Duffy, Senior
District Judge.  (0:09-cv-01390-PMD)

Submitted:  August 26, 2010          Decided:  August 31, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alexander Pastene, Appellant Pro Se.  Christy L. Scott, SCOTT &
PAYNE LAW FIRM, Walterboro, South Carolina; Mary Bass Lohr,
HOWELL, GIBSON & HUGHES, PA, Beaufort, South Carolina; Sterling
Graydon Davies, Clary Edward Rawl, Jr., MCANGUS, GOUDELOCK &
COURIE, LLP, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Pastene appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pastene v. Sprouse, No. 0:09-cv-1390-PMD (D.S.C. Mar. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED